DAVID H. THORNE *v.* MARGARET L. MOORE

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 802, is denied.

*Serge G. Mihaly,* in support of the petition.

*Karen L. Karpie,* in opposition.

Decided March 14, 1990

REBECCA PRESTON ET AL. *v.* ANTHONY J. KEITH ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 20 Conn. App. 656, is granted, limited to the following issue:

"In a negligence action in which the evidence raises an issue about the plaintiff's conduct with respect to the duty to mitigate damages: (1) what instructions should the jury receive about the relationship between mitigation of damages and proximate cause? (2) What is the appropriate allocation of the burden of proof on the issue of mitigation of damages?"

*William J. Melley III,* in support of the petition.

*Terence S. Hawkins,* in opposition.

Decided March 28, 1990

STATE OF CONNECTICUT *v.* DOLPHUS FUDGE

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 665, is denied.

*John T. Walkley,* special public defender, in support of the petition.

*Timothy J. Sugrue,* deputy assistant state's attorney, in opposition.

Decided March 28, 1990